CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 29 2013

JULI, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERRY L. ADAMS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00550 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GOV. BOB McDONNELL, ET AL, | ) | By:    Samuel G. Wilson |
|     Defendant(s). | ) |         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to 42 U.S.C. §1915A, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER**: This 29th day of November, 2013.

/s/
United States District Judge